UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA      :
                              :
        - v. -                :     **UNSEALING ORDER**
                              :
FARIDDUN KULIEV,              :     S3 20 Cr. 653 (RA)
                              :
              Defendant.      :
                              :
- - - - - - - - - - - - - - - - - - X

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Cecilia E. Vogel;

It is found that Indictment S3 20 Cr. 653 (RA) (the "Indictment") and the arrest warrant issued for the above-captioned defendant are currently sealed, and the United States Attorney's Office has applied to have the Indictment and arrest warrant unsealed, it is therefore

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated:   New York, New York
         November 4, 2021

_____
THE HONORABLE SARAH L. CAVE
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK