UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| United States of America | |
|---|---|
| v. | **Protective Order** |
| Fariddun Kuliev, | **20 Cr. 653 (RA)** |
| *Defendant.* | |

      Upon the application of the United States of America, with the consent of the undersigned counsel, and the defendant having requested discovery under Fed. R. Crim. P. 16(a)(1)(E), the Court hereby finds and orders as follows:

      1. Counsel for defendant Fariddun Kuliev shall receive discovery subject to the same terms and conditions set forth in the protective order in this case dated January 6, 2021, which is attached hereto as Exhibit A and hereby incorporated by reference in this Order.

      2. This Order may be signed in counterparts and transmitted by facsimile and/or electronic copy, each of which counterparts will be deemed to be an original and which taken together will constitute the Order.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney

by: _____          Date: 11/17/2021
     Thane Rehn
     Assistant United States Attorney


                                            Date: _____
_____
Mahmoud Rabah, Esq.
*Attorney for Fariddun Kuliev*


SO ORDERED:
Dated: New York, New York
November ___, 2021

                                            _____
                                            THE HONORABLE RONNIE ABRAMS
                                            UNITED STATES DISTRICT JUDGE

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney

by: _____          Date: _____
Thane Rehn
Assistant United States Attorney


_____          Date:  11-15-21
Mahmoud Rabah, Esq.
*Attorney for Fariddun Kuliev*


SO ORDERED:
Dated: New York, New York
November 17, 2021

_____
THE HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE

2

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Sherzod Rasulov, Artur Sattarov, Shakhzod Yunusov, Sukhrob Sobirov, and Djonibek Rahmankulov,

*Defendants.*

**Protective Order**

**20 Cr. 653 (RA)**

Upon the application of the United States of America, with the consent of the undersigned counsel, and the defendants having requested discovery under Fed. R. Crim. P. 16(a)(1)(E), the Court hereby finds and orders as follows:

1. **Disclosure Material.** The Government will make disclosure to the defendants of documents, objects and information, including electronically stored information ("ESI"), pursuant to Federal Rule of Criminal Procedure 16, 18 U.S.C. §3500, and the Government's general obligation to produce exculpatory and impeachment material in criminal cases, all of which will be referred to herein as "disclosure material." The Government's disclosure material may include material that (i) affects the privacy, confidentiality and business interests of individuals and entities; (ii) would impede, if prematurely disclosed, the Government's ongoing investigation of uncharged individuals; (iii) would risk prejudicial pretrial publicity if publicly disseminated; and (iv) that is not authorized to be disclosed to the public or disclosed beyond that which is necessary for the defense of this criminal case.

2. **Sensitive Disclosure Material.** Certain of the Government's disclosure material, referred to herein as "sensitive disclosure material," contains information that identifies, or could lead to the identification of, witnesses who may be subject to intimidation or obstruction, and

whose lives, persons, and property, as well as the lives, persons and property of loved ones, will be subject to risk of harm absent the protective considerations set forth herein. The Government's designation of material as sensitive disclosure material will be controlling absent contrary order of the Court.

**NOW, THEREFORE, FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:**

3. Disclosure material shall not be disclosed by the defendant or defense counsel, including any successor counsel ("the defense") other than as set forth herein, and shall be used by the defense solely for purposes of defending this action. The defense shall not post any disclosure material on any Internet site or network site to which persons other than the parties hereto have access, and shall not disclose any disclosure material to the media or any third party except as set forth below.

2. Disclosure material may be disclosed by counsel to:

(a) Personnel for whose conduct counsel is responsible, *i.e.*, personnel employed by or retained by counsel, as needed for purposes of defending this action; and

(b) Prospective witnesses for purposes of defending this action.

3. Sensitive disclosure material may be disclosed by counsel to personnel for whose conduct counsel is responsible, *i.e.*, personnel employed by or retained by counsel, as needed for purposes of defending this action.

4. The Government may authorize, in writing, disclosure of disclosure material beyond that otherwise permitted by this Order without further Order of this Court.

5. This Order does not prevent the disclosure of any disclosure material in any motion, hearing, or trial held in this action, or to any judge or magistrate judge, for purposes of this action. However, sensitive disclosure material pertinent to any motion before the Court should initially be filed under seal, absent consent of the Government or Order of the Court. All filings should comply with the privacy protection provisions of Fed. R. Crim. P. 49.1.

6. The Government has advised that information that may be subject to disclosure in this case may be contained within ESI that the Government has seized, pursuant to warrants issued during the course of the investigation, from various computers, cell phones, and other devices and storage media. This ESI was seized from Sherzod Rasulov, Artur Sattarov, Shakhzod Yunusov, and Sukhrob Sobirov: Upon consent of all counsel, the Government is authorized to disclose to counsel for the defendants, for use solely as permitted herein, the entirety of such seized ESI as the Government believes may contain disclosure material ("the seized ESI disclosure material"). The defendants, defense counsel, and personnel for whose conduct counsel is responsible, *i.e.*, personnel employed by or retained by counsel, may review the seized ESI disclosure material to identify items pertinent to the defense. They shall not further disseminate or disclose any portion of the seized ESI disclosure material except as otherwise set forth under this Order.

7. Except for disclosure material that has been made part of the record of this case, the defense shall return to the Government or securely destroy or delete all disclosure material, including the seized ESI disclosure material, within 30 days of the expiration of the period for direct appeal from any verdict in the above-captioned case; the period of direct appeal from any order dismissing any of the charges in the above-captioned case; or the granting of any motion

made on behalf of the Government dismissing any charges in the above-captioned case, whichever date is later.

8. The defense shall provide a copy of this Order to prospective witnesses and persons retained by counsel to whom the defense has disclosed disclosure material, including seized ESI disclosure material. All such persons shall be subject to the terms of this Order. Defense counsel shall maintain a record of what information has been disclosed to which such persons.

9. This Order places no restriction on a defendant's use or disclosure of ESI that originally belonged to the defendant.

**Retention of Jurisdiction**

10. The provisions of this Order shall not terminate at the conclusion of this criminal prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

11. This Order may be signed in counterparts and transmitted by facsimile and/or electronic

copy, each of which counterparts will be deemed to be an original and which taken together will constitute the Order.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney

by: _____*Thane Rehn*_____  Date: 12/14/2020
Thane Rehn
Assistant United States Attorney


_____  Date: _____
Rovshan Sharifov, Esq.
*Attorney for Sherzod Rasulov*


_____  Date: _____
Albert Y. Dayan, Esq.
*Attorney for Artur Sattarov*


_____  Date: _____
Michael Mullen, Esq.
*Attorney for Shakhzod Yunusov*


_____  Date: _____
Jason M. Baxter, Esq.
*Attorney for Sukhrob Sobirov*


_____  Date: _____
Joseph W. Murray, Esq.
*Attorney for Djonibek Rahmankulov*

SO ORDERED:

Dated: New York, New York
       December ___, 2020

                                    _____
                                    THE HONORABLE RONNIE ABRAMS
                                    UNITED STATES DISTRICT JUDGE

5

Case 1:20-cr-00653-RA   Document 103   Filed 01/07/21   Page 6 of 14

copy, each of which counterparts will be deemed to be an original and which taken together will constitute the Order.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney

by: *(signed)* Thane Rehn        Date: 12/14/2020
Thane Rehn
Assistant United States Attorney

_____        Date: 12/14/2020
Rovshan Sharifov, Esq.
*Attorney for Sherzod Rasulov*

_____        Date: _____
Albert Y. Dayan, Esq.
*Attorney for Artur Sattarov*

_____        Date: _____
Michael Mullen, Esq.
*Attorney for Shakhzod Yunusov*

_____        Date: _____
Jason M. Baxter, Esq.
*Attorney for Sukhrob Sobirov*

_____        Date: _____
Joseph W. Murray, Esq.
*Attorney for Djonibek Rahmankulov*

SO ORDERED:

Dated: New York, New York
       December ___, 2020

_____
THE HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE

5

copy, each of which counterparts will be deemed to be an original and which taken together will constitute the Order.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney

by: *[signature: Thane Rehn]*      Date: 12/14/2020
Thane Rehn
Assistant United States Attorney

_____      Date: _____
Rovshan Sharifov, Esq.
*Attorney for Sherzod Rasulov*

*[signature: Albt Y. Dayan]*      Date: 01/06/2021
Albert Y. Dayan, Esq.
*Attorney for Artur Sattarov*

_____      Date: _____
Michael Mullen, Esq.
*Attorney for Shakhzod Yunusov*

_____      Date: _____
Jason M. Baxter, Esq.
*Attorney for Sukhrob Sobirov*

_____      Date: _____
Joseph W. Murray, Esq.
*Attorney for Djonibek Rahmankulov*

SO ORDERED:

Dated: New York, New York
       December ___, 2020

_____
THE HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE

copy, each of which counterparts will be deemed to be an original and which taken together will constitute the Order.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney

by: *(signed)* Thane Rehn          Date: 12/14/2020
Thane Rehn
Assistant United States Attorney

_____   Date: _____
Rovshan Sharifov, Esq.
*Attorney for Sherzod Rasulov*

_____   Date: _____
Albert Y. Dayan, Esq.
*Attorney for Artur Sattarov*

*(signed)*                        Date: 12/14/20
Michael Mullen, Esq.
*Attorney for Shakhzod Yunusov*

_____   Date: _____
Jason M. Baxter, Esq.
*Attorney for Sukhrob Sobirov*

_____   Date: _____
Joseph W. Murray, Esq.
*Attorney for Djonibek Rahmankulov*

SO ORDERED:

Dated: New York, New York
       December ___, 2020

_____
THE HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE

5

copy, each of which counterparts will be deemed to be an original and which taken together will constitute the Order.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney

by: *[signature: Thane Rehn]*      Date: 12/14/2020
Thane Rehn
Assistant United States Attorney

_____      Date: _____
Rovshan Sharifov, Esq.
*Attorney for Sherzod Rasulov*

_____      Date: _____
Albert Y. Dayan, Esq.
*Attorney for Artur Sattarov*

_____      Date: _____
Michael Mullen, Esq.
*Attorney for Shakhzod Yunusov*

*[signature]*      Date: 12/14/20
Jason M. Baxter, Esq.
*Attorney for Sukhrob Sobirov*

_____      Date: _____
Joseph W. Murray, Esq.
*Attorney for Djonibek Rahmankulov*

SO ORDERED:

Dated: New York, New York
        December ___, 2020

_____
THE HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE

5

copy, each of which counterparts will be deemed to be an original and which taken together will constitute the Order.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney

by: _____   Date: 12/14/2020
Thane Rehn
Assistant United States Attorney

_____   Date: _____
Rovshan Sharifov, Esq.
*Attorney for Sherzod Rasulov*

_____   Date: _____
Albert Y. Dayan, Esq.
*Attorney for Artur Sattarov*

_____   Date: _____
Michael Mullen, Esq.
*Attorney for Shakhzod Yunusov*

_____   Date: _____
Jason M. Baxter, Esq.
*Attorney for Sukhrob Sobirov*

_____   Date: 12/16/2020
Joseph W. Murray, Esq.
*Attorney for Djonibek Rahmankulov*

SO ORDERED:

Dated: New York, New York
January 6, 2021

_____
THE HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE

5