USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

RASULOV, et al,

                Defendants.

No. 20-CR-653 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The parties shall be prepared to try this case on June 27, 2022. Although the Court will request that trial date, it cannot provide assurance that a reconfigured COVID-safe courtroom will be available at that time (assuming there is still a need for one).

In accordance with this Court's Individual Rules & Practices in Criminal Cases, *in limine* motions shall be filed no later than June 6, 2022, and responses, along with proposed *voir dire* questions, jury instructions and verdict forms shall be filed no later than June 10, 2022. A final pretrial conference is scheduled for June 17, 2022 at 3:00 p.m.

Defendants shall file any additional motions by March 28, 2022, oppositions shall be filed by April 11, 2022 and any replies by April 18, 2022.

Time is excluded until June 27, 2022, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

Dated:    December 21, 2021
             New York, New York

_____
Ronnie Abrams
United States District Judge