*Law Office of*
**Mahmoud R. Rabah**

118-35 Queens Boulevard
Suite 1220
Forest Hills, NY 11375

Rabahdefense@gmail.com

Tel: 347-276-6506
Fax: 866-538-8531

May 31, 2022

**FILED BY ECF**

Honorable Ronnie Abrams
United States District Judge
500 Pearl Street
New York, NY 10007

Re:    United States v. Fariddun Kuliev
Dkt. #: 1:20-cr-00653

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
June 1, 2022

Dear Judge Abrams:


On behalf of my client, Fariddun Kuliev, I respectfully request that Your Honor modify Mr. Kuliev's release conditions. Mr. Kuliev recently obtained his TLC license which he's been using to sustain himself financially. According to Mr. Kuliev, a significant and lucrative part of this business is taking fares to and from New Jersey and Connecticut, specifically the airports in these states. Because Mr. Kuliev's travel is currently restricted to only the Eastern and Southern Districts of New York, his earning potential is significantly limited. Accordingly, my client asks that this Court modify his conditions of release to allow travel to, from, and between the Tri-State area, specifically, New York, New Jersey, and Connecticut.

I have notified the Government and Pretrial Services of my client's request, and they have no objection to allowing for travel within the Tri-State region.


Yours,


_____
Mahmoud R. Rabah, Esq.