**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED: 6/17/2022**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | No. 20-CR-653-06 (RA) |
| FARIDDUN KULIEV, | ORDER |
| Defendants. | |

RONNIE ABRAMS, United States District Judge:

    IT IS HEREBY ORDERED that Mr. Kuliev's bail conditions are modified to stand-alone monitoring with GPS, which has no corresponding curfew.

SO ORDERED.

Dated: June 17, 2022
    New York, New York

_____
Ronnie Abrams
United States District Judge