*Law Office of*
*Mahmoud R. Rabah*

118-35 Queens Boulevard
Suite 1220
Forest Hills, NY 11375

Rabahdefense@gmail.com

Tel: 347-276-6506
Fax: 866-538-8531

December 1, 2022

**FILED BY ECF**

Honorable Ronnie Abrams
United States District Judge
500 Pearl Street
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
December 2, 2022

Re:   United States v. Fariddun Kuliev
Dkt. #: 1:20-cr-00653

Dear Judge Abrams:

Fariddun Kuliev was sentenced on November 29, 2022 to one year and one day of incarceration, among other conditions.

In light of Mr Kuliev's family ties in New York City, his lack of a criminal record, and the non-violent nature of his conviction, the defense respectfully requests that Your Honor recommend to the Bureau of Prisons that Mr. Kuliev's sentence be served in a minimum security facility as close to the New York Metro area as possible.

Yours,

_____
Mahmoud R. Rabah, Esq.