```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :        20-CR-653 - 6 (RA)
      -against-                     :
                                    :              ORDER
   Fariddun Kuliev                  :
                                    :
      Defendant                     :
                                    :
------------------------------------X
```

Ronnie Abrams, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to permit Pretrial Services to remove the defendant's GPS monitoring bracelet prior to his surrender to the Bureau of Prisons.

Dated: New York, New York
       February  9  , 2023

SO ORDERED:

_____
Ronnie Abrams
United States District Judge