```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
   UNITED STATES OF AMERICA                :    **FINAL ORDER OF**
                                                              :    **FORFEITURE**
              -v.-                               : 
                                                    :    S3 20 Cr. 653 (RA)
   FARIDDUN KULIEV,                         :
:
              Defendant.                   :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, on or about July 5, 2022, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 141), which ordered the forfeiture to the United States of all right, title and interest of FARIDDUN KULIEV (the "Defendant") in, *inter alia*, the following property:

    i.    All monies and funds contained in J.P. Morgan Chase Bank account 591215329 held in the name of "MMND Wholesale Inc.";

    ii.   All monies and funds contained in J.P. Morgan Chase Bank account 635601880 held in the name of "ABSA Wholesale LTD";

    iii.  All monies and funds contained in J.P. Morgan Chase Bank account 631112296 held in the name of "ABSA Wholesale LTD.";

    iv.  All monies and funds contained in Investor's Bank account 1001023430 held in the name of "Sigma Equipment Lease Corp.";

    v.   All monies and funds contained in Investor's Bank account 1001508149 held in the name of "Showtime Place Services Inc."; and

    vi.  All monies and funds contained in Investor's Bank account 1001502185 held in the name of "FKAA Corp.";

(the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any

person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site ([www.forfeiture.gov](www.forfeiture.gov)) beginning on June 2, 2023, for thirty (30) consecutive days, through July 1, 2023, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on May 3, 2024 (D.E. 324);

WHEREAS, on or about August 17, 2023, notice of the Preliminary Order of Forfeiture was sent by Certified Mail to the following parties:

- Djumhur Raupov
  Rego Park, NY 11374

- Nodira Ushimirsky
  Brooklyn, NY 11224

- Mahfirat Muhtardjanova
  Brooklyn, NY 11230

- Abdurafik Samiyev
  Brooklyn, NY 11235

(collectively, the "Noticed Parties");

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant and the Noticed Parties are the only individuals and/or entities known by the Government to have a potential interest in the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
       May 6, 2024

SO ORDERED:

_____
HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE